PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:17CR140DPJ-FKB

DAVID CALVIN BEARD
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 28th day of November, 2017.

This the 28th day of November, 2017.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
Keesha Middleton
Assistant U.S. Attorney
MSB #104549

Warrant issued:_____

(ATF/KM)